NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAAKOV BRADLEY,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF IRVINGTON, IRVINGTON POLICE DEPARTMENT, MUSA A. MALIK, in his official capacity as director of Irvington Police Department, JOHN DOES 1-5 and, JANE DOES 1-5,<br><br>        Defendants. | No. 16-2067 (SDW)(LDW)<br><br>**ORDER**<br><br>November 30, 2017 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation ("R&R") entered on November 15, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's Complaint be stricken and that his case be dismissed without prejudice. Neither Plaintiff nor Defendants filed an objection to the R&R.

  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Wettre (Dkt. No. 43) is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                       s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:   Parties
    Magistrate Judge Wettre